```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ENDURANCE AMERICAN INSURANCE COMPANY, :
:
Plaintiff,                                          :
                                                    :    20-cv-01071 (LJL)
        -v-                                         :
                                                    :    ORDER
SAAB SITE CONTRACTORS, LP, ET AL,                   :
                                                    :
Defendants.                                         :
                                                    :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Court's memo endorsement on Dkt. No. 14 was intended only to address the application for adjournment of the Initial Pretrial Conference – not to endorse the plaintiff's proposed Case Management Plan.

       Accordingly, the Court respectfully directs the Clerk of Court to strike the Case Management Plan that appears at Dkt. No. 15. The parties should disregard those deadlines. A Case Management Plan will be set at the Initial Pretrial Conference, which remains adjourned to July 31, 2020 at 11:00 a.m. and which will proceed telephonically at the dial-in located in Dkt. No. 14.

       SO ORDERED.

Dated: June 25, 2020
      New York, New York                          _____
                                                     LEWIS J. LIMAN
                                                United States District Judge