```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ENDURANCE AMERICAN INSURANCE
COMPANY,                                         :

                    Plaintiff,                   :
                                                                        **ORDER**
        - against -                              :
                                                                        20-CV-1071(LJL)(KNF)
SAAB SITE CONTRACTORS, LP, SWSC GP, LLC,
EDWARD A. SAAB, and DIANA L. SAAB,,
                                                 :
                    Defendants.
------------------------------------------------------------------X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

　　　　IT IS HEREBY ORDERED that a settlement conference shall be held in the above-captioned action on August 18, 2021, at 10:30 a.m. The conference will be held by telephone. The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532. The parties are also directed to review and comply with the undersigned's Procedures Applicable to Cases Referred for Settlement, which may be found on the Court's website. As set forth in the procedures, no later than three days before the conference, the parties must provide Judge Fox: (1) a pre-conference letter; and (2) a completed attendance form; **these submissions shall be made via e-mail to:** elizabeth_potter@nysd.uscourts.gov.

　　　　Additionally, at least five days prior to the settlement conference, the parties must confer to engage in good-faith settlement negotiations. Should the parties resolve the litigation prior to the conference date, they must notify the undersigned, in writing, expeditiously.

Dated:　New York, New York　　　　　　　SO ORDERED:
　　　　　June 30, 2021

　　　　　　　　　　　　　　　　　　　　　　　_Kevin Nathaniel Fox_
　　　　　　　　　　　　　　　　　　　　　　　KEVIN NATHANIEL FOX
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE