UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ENDURANCE AMERICAN INSURANCE
COMPANY,                                                          :

                 Plaintiff,                   :

          - against -                                      :

SAAB SITE CONTRACTORS, LP, SWSC GP, LLC, :
EDWARD A. SAAB, and DIANA L. SAAB,

                             :
                Defendants.
------------------------------------------------------------------X

**ORDER**

20-CV-1071(LJL)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The settlement conference scheduled previously for August 17, 2021, is hereby rescheduled to August 31, 2021, at 10:30 a.m. The conference will be held by telephone. The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532. The parties are also directed to review and comply with the undersigned's Procedures Applicable to Cases Referred for Settlement, which may be found on the Court's website. As set forth in the procedures, no later than three days before the conference, the parties must provide Judge Fox: (1) a pre-conference letter; and (2) a completed attendance form; **these submissions shall be made via e-mail to:** elizabeth_potter@nysd.uscourts.gov.

      Additionally, at least five days prior to the settlement conference, the parties must confer to engage in good-faith settlement negotiations. Should the parties resolve the litigation prior to the conference date, they must notify the undersigned, in writing, expeditiously.

Dated:  New York, New York          SO ORDERED:
          August 18, 2021

                                                   _/s/ Kevin Nathaniel Fox_____
                                                   KEVIN NATHANIEL FOX
                                                   UNITED STATES MAGISTRATE JUDGE