```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
ENDURANCE AMERICAN INSURANCE COMPANY,                          :
                                                               :
                              Plaintiff,                       :
                                                               :            20-cv-01071 (LJL)
             -v-                                               :
                                                               :                ORDER
SAAB SITE CONTRACTORS, LP, ET AL,                              :
                                                               :
                              Defendants.                      :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2021

LEWIS J. LIMAN, United States District Judge:

The parties appeared before the Court on November 18, 2021 for a final pretrial conference. At the conference, the parties informed the Court that they had reached a settlement and placed the terms of the settlement on the record. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

SO ORDERED.

Dated: November 23, 2021
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge